# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BLST Northstar, LLC and<br>BLST Receivable and Servicing,<br>LLC,<br><br>         Plaintiffs,<br>v.<br><br>Santander Consumer USA, Inc,<br><br>         Defendant. | Civ. No. 22-2210 (WMW/DJF)<br><br><br>**ORDER** |

Plaintiffs BLST Northstar, LLC and BLST Receivable and Servicing, LLC (together, "Plaintiffs") filed a Complaint under seal on September 9, 2022 (ECF No. 1), along with a public redacted copy of the Complaint (ECF No. 2). Plaintiffs simultaneously filed a Motion to Seal the Complaint (ECF No. 6 ("Motion")) and supporting memorandum (ECF No. 8 ("Memorandum")). Plaintiffs additionally filed the Memorandum under seal but did not move to seal the Memorandum. In filing these documents, Plaintiffs neither sought direction from the Court on the procedure to be followed to address their request, as required under Local Rule 5.6(e), nor complied with Local Rule 7.1(b), which requires the parties to contact the Court before filing any non-dispositive motion. The record does not reflect that Plaintiffs met and conferred with Defendant Santander Consumer USA, Inc. ("Defendant") or served Defendant with their Motion and Memorandum.

Having reviewed the Complaint, Motion, and Memorandum, the Court will temporarily grant Plaintiffs' Motion to seal the Complaint, to allow time for compliance with the meet and confer requirement. Plaintiffs have failed to proffer any reason for sealing the Memorandum itself, however, and the Court will direct that document to be unsealed.

**ORDER**

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal (ECF No. [6]) is **GRANTED IN PART** as follows:

1. The Complaint shall remain under temporary seal until otherwise ordered by the Court.

2. Plaintiffs are directed to immediately serve Defendant with copies of all filings in this matter and file a certificate of service of the same.

3. Plaintiffs must meet and confer with Defendant as required by Local Rule 7.1(a) and file a meet-and-confer statement within fourteen (14) days of the date of this Order. If the statement is not filed within that period of time the Court will direct that the Complaint be unsealed.

4. The Court directs the Clerk's Office to unseal Plaintiffs' Memorandum (ECF No. [8]).

Dated: September 13, 2022        s/Dulce J. Foster
                                 DULCE J. FOSTER
                                 United States Magistrate Judge